■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DIAZ, Appellant. [720 NYS2d 786] —Judgment, Supreme Court, Bronx County (Robert Seewald, J.), rendered March 24, 1999, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 7 to 14 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There

is no basis upon which to disturb the jury's determinations concerning credibility. Concur—Sullivan, P. J., Tom, Lerner, Buckley and Friedman, JJ.